# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0017
LT Case No. 1999-CF-1124-B

_____

RONALD LANE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Peter M. Brigham, Judge.

Ronald Lane, Monticello, pro se.

Ashley Moody, Attorney General, Tallahassee, and Bonnie J. Parrish, Assistant Attorney General, Daytona Beach, for Appellee.

May 21, 2024

PER CURIAM.

    AFFIRMED.

EISNAUGLE, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____